THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CLARENCE A. LEGG and HENRY B. STAPLER, Respondents.

(Argued June 6, 1932; decided June 21, 1932.)

*Thomas C. T. Crain, District Attorney (John C. McDermott*, of counsel), for appellant.

*Otho S. Bowling* and *Robert H. Elder* for respondents.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.